UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
TORTUGA INC.,
    Debtor.      No. 7-07-12607 SA

**REPORT TO THE COURT ON UNCLAIMED FUNDS**
**DEPOSITED INTO THE COURT REGISTRY**

COMES NOW the Trustee in Bankruptcy, Linda Bloom, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee will deposit the total sum of Eleven thousand nine hundred five and 61/100 dollars ($11,905.61) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors, for the following reasons, and in the following amount:

BILTBEST PRODUCTS INC.      $11,905.61
Dept Ch 14112
Palatine IL 60055-001

Returned - undeliverable

                        *Electronic signature*
                        LINDA S. BLOOM, Trustee
                        PO Box 218
                        Albuquerque NM 87103
                        (505) 764-9600

THIS WILL CERTIFY that a true and correct copy of the above was delivered via CM-ECF to the U.S. Trustee this 21st day of April 2011.

                        *Electronic signature*
                        Linda S. Bloom